IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SHEDRICK E. MOORE, | § |
| | § |
| Petitioner, | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO. 3:09-CV-2177-O |
| RICK THALER, Direcot | § |
| Texas Department of Criminal Justice | § |
| Correctional Institutions Division | § |
| | § |
| Respondent. | § |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court concludes that Petitioner's application for writ of habeas corpus is barred by limitations and **ORDERS** that Petitioner's application be dismissed with prejudice.

**SIGNED** this 24th day of March, 2010.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

- 1 -